IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, et al., ) ) ) Plaintiffs, ) ) ) v. ) ) SCHECK INDUSTRIAL CORPORATION, et al. ) ) Defendants. ) | Case Number 1:08 CV 1161 Hon. William T. Hart |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Scheck Mechanical Corp. and Scheck Industrial Corporation, by and through their undersigned counsel, for their Motion for an Extension of Time to Answer or Otherwise Plead, state as follows:

1. On February 26, 2008, Plaintiffs filed their Complaint in this case asserting certain claims arising from a construction project in Fulton County, Illinois on which Scheck Industrial Corporation was the mechanical subcontractor.

2. By minute order dated May 1, 2008, Defendants were given to May 27, 2008 to answer or otherwise plead in response to the Complaint. This extension was granted based upon the hope of fruitful settlement discussions between the parties, given that Scheck Industrial is engaged in efforts to collect payment on the Fulton County project. Specifically, Scheck Industrial has filed a mechanics lien foreclosure suit in state court to foreclose a lien in excess of $19 million, and has worked with the general contractor and owner to see that certain lower tier subcontractors and laborers are paid.

3. The principals of Scheck Industrial are scheduled to meet with the principals of the

Project owner on May 29, 2008, and it is hoped that substantial progress towards settlement of outstanding claims can be made at that time. The specific claims that are the subject of the pending lawsuit are on the agenda to be discussed at the May 29 meeting.

4. It is to the benefit of all parties involved if Scheck can devote its resources to seeking resolution of the various lower-tier lawsuits as opposed to engaging in litigation. A brief extension of time will allow Scheck to engage in such efforts without prejudice to Plaintiff.

WHEREFORE, Defendants ask that this Honorable Court grant a brief additional extension of time, to June 3, 2008, to answer or otherwise plead in response to the Complaint.

                Respectfully submitted,

                By:  /s/ Thomas A. Christensen_____
                      Attorney for Defendants

Thomas A. Christensen
Huck Bouma, PC
1755 South Naperville Road
Suite 200
Wheaton, Illinois 60187
(630) 221-1755
tchristensen@huckbouma.com

**Certificate of Service**

    The undersigned attorney certifies that on May 27, 2008, he electronically filed the foregoing Motion for Extension of Time, and thereby caused the same to be served upon all parties entitled to notice.

                                                            Respectfully submitted,

                                                    By:__/s/ Thomas A. Christensen____
                                                           Attorney for Defendants

Thomas A. Christensen
Huck Bouma, PC
1755 South Naperville Road
Suite 200
Wheaton, Illinois 60187
(630) 221-1755
tchristensen@huckbouma.com