IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case Number 1:08 CV 1161<br>Hon. William T. Hart |
| **SCHECK INDUSTRIAL CORPORATION, et al.** | ) ) ) | |
| Defendants. | ) | |

### STIPULATION TO DISMISS

This cause coming before the Court by agreement of the parties, the parties being in agreement as to the entry of an Order of Dismissal as to Scheck Mechanical Corp., it is hereby stipulated pursuant to Rule 41 of the Federal Rules of Civil Procedure that this matter is dismissed as to Scheck Mechanical Corp. without prejudice, and without award of costs.

Stipulated:

| | |
|---|---|
| /s/ Thomas A. Christensen | /s/ Patrick N. Ryan |
| Thomas A. Christensen | Patrick N. Ryan |
| Huck Bouma PC | Baum Sigman Auerbach & Neuman, Ltd. |
| 1755 S. Naperville Road | 200 West Adams Street |
| Suite 200 | Suite 2200 |
| Wheaton, Illinois 60187 | Chicago, Illinois 60606 |
| Tel. (630) 221-1755 | Tel. (312) 236-4316 |
| E-Mail: tchristensen@huckbouma.com | E-Mail: pryan@baumsigman.com |

R:\10000s\10700-10799\10722-2\Carpenters Fringe Benefit\stip to dismiss.wpd