# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1161 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Carpenters Fringe Benefit Funds of Illinois, et al. vs. Scheck Industrial Corp., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/25/2008 at 11:00 a.m. Defendant Scheck Mechanical Corp. is dismissed without prejudice and without costs

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | CW |
|---|---|---|