Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1161 | DATE | 6/25/2008 |
| CASE TITLE | Carpenters Fringe Benefit Funds of Illinois, et al. vs. Scheck Industrial Corp., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. This case is dismissed with leave to reinstate by 7/25/2008 if settlement is not consummated.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | CW |
|---|---|---|