IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 1161 |
| SCHECK INDUSTRIAL CORPORATION, a Minnesota corporation, | ) ) ) | JUDGE WILLIAM T. HART |
| SCHECK MECHANICAL CORP., an Illinois corporation, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Thomas A. Christensen
   Huck, Bouma, P.C.
   1755 S. Naperville Road, Suite 200
   Wheaton, IL   60187

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **30th** day of **July 2008** at **11:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable William T. Hart, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2243, 219 South Dearborn Street, Chicago, IL, and then and there present, Plaintiffs' Unopposed Motion to Reinstate.  A copy of said Motion is hereby served upon you.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

## CERTIFICATE OF SERVICE

   The undersigned, an attorney of record, hereby certifies that on Wednesday, the 23rd day of July 2008, he electronically filed the foregoing document, **Notice of Motion**, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas A. Christensen
Huck, Bouma, P.C.
1755 S. Naperville Road, Suite 200
Wheaton, IL   60187

                   /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Scheck Industrial\notice of motion2.pnr.mgp.wpd