**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Carpenters Fringe Benefit Funds of Illinois, et al.
                                           Plaintiff,

v.                                                        Case No.: 1:08−cv−01161
                                                          Honorable William T. Hart

Scheck Industrial Corporation, et al.
                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable William T. Hart:Plaintiffs' unopposed motion to reinstate case[18] is continued to 9/3/2008 at 11:00 AM. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.