IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 1161 |
| SCHECK INDUSTRIAL CORPORATION, a Minnesota corporation, | ) ) ) ) | JUDGE WILLIAM T. HART |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Thomas A. Christensen          Jeffery M. Heftman
      Huck, Bouma, P.C.               Vedder Price, P.C.
      1755 S. Naperville Road, Suite 200   222 N. LaSalle Street, Suite 2400
      Wheaton, IL  60187               Chicago, IL  60601

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **17th** day of **September 2008** at **11:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable William T. Hart, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2243, 219 South Dearborn Street, Chicago, IL, and then and there present, Plaintiffs' Motion for Entry of Default and Judgment. A copy of said Motion is hereby served upon you.

                                                    /s/  Patrick N. Ryan

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Thomas A. Christensen
>Huck, Bouma, P.C.
>1755 S. Naperville Road, Suite 200
>Wheaton, IL   60187
>tchristensen@huckbouma.com

I hereby certify that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 10th day of September 2008:

>Jeffery M. Heftman
>Vedder Price, P.C.
>222 N. LaSalle Street, Suite 2400
>Chicago, IL   60601

I further hereby certify that I have sent the above-referenced document by facsimile to the following non-CM/ECF participant on or before the hour of 4:00 p.m. this 10th day of September 2008:

>Jeffery M. Heftman
>Vedder Price, P.C.
>222 N. LaSalle Street, Suite 2400
>Chicago, IL   60601
>(312)609-5005

>/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Scheck Industrial\notice of motion-default judgment.pnr.df.wpd

Confirmation Report – Memory Send

```
Page       : 001
Date & Time: 09-10-08   03:15pm
Line 1     : 3122360241
Machine ID : Baum Sigman
```

| | | |
|---|---|---|
| Job number | : | 553 |
| Date | : | 09-10  03:12pm |
| To | : | ☎13126095005 |
| Number of pages | : | 032 |
| Start time | : | 09-10  03:12pm |
| End time | : | 09-10  03:15pm |
| Pages sent | : | 032 |
| Status | : | OK |
| Job number | : 553 | *** SEND SUCCESSFUL *** |

# FAX COVER SHEET

September 10, 2008

**TO**
Jeffery M. Heftman
Vedder Price, P.C.

**FAX**
312-609-5005

**SUBJECT**
Carpenters Fringe Benefit Funds of Illinois, et al. v. Scheck Industrial Corporation
Civil Action No. 08 C 1161

**FROM**
Patrick N. Ryan

BAUM SIGMAN AUERBACH & NEUMAN, LTD.
TEL 312/236-4316
FAX 312/236-0241

**PAGES**
32, including this cover sheet

**COMMENTS**

---

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE**