**STATEMENT OF ADDITIONAL
REPORTABLE HOURS DUE FOR
SCHECK INDUSTRIAL CORP.
FOR THE PERIOD
APRIL 1, 2005 TO SEPTEMBER 30, 2007**

# ROMOLO & ASSOCIATES

Certified Public Accountants

2428 N. North • Peoria, IL 61604
E-mail: admin@romolocpa.com • Phone 309.682.2001 • Fax 309.682.2045

## Independent Accountants' Report On Applying Agreed-Upon Procedures

To the Delinquency Committee
 of Carpenters Pension and Retirement Savings Funds of Illinois
Geneva, Illinois

At your request we have applied certain agreed upon procedures specified by Carpenters Pension and Retirement Savings Funds of Illinois as described in the attached supplement, to the selected payroll and related records of Scheck Industrial Corporation (the Employer) who has agreed to submit their records for the period April 1, 2005 to September 30, 2007. These procedures were designed to determine if the data submitted by the Employer is in compliance with the reporting provisions of the Carpenters Pension and Retirement Savings Funds of Illinois Trust Agreements. This engagement to apply agreed-upon procedures was performed in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation generally regarding the sufficiency of the procedures described in the attached supplement either for the purpose for which this report has been requested or for any other purpose.

We were not engaged to, and did not, conduct an audit, the objective of which would be the expression of an opinion, on the accounting records. Accordingly, we do not express such an opinion. Had we performed additional procedures other matters might have come to our attention that would have been reported to you. This report relates only to the items specified above and does not extend to any financial statements of the Employer taken as a whole.

In connection with the above procedures, certain matters came to our attention that caused us to believe that additional Employer contributions, as shown in the summary of amounts due, were due to the Funds in the amount of $41,493.10.

This report is intended solely for the information of the Employer and the Carpenters Pension and Retirement Savings Funds of Illinois and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

Romolo & Associates
Certified Public Accountants
January 21, 2008

## SUPPLEMENT FOR AGREED UPON PROCEDURES

1.  Obtained a basic understanding of the Employer's payroll and fringe benefit reporting system.

2.  Obtained access to some or all of the following accounting records from the Employer:

    *   Weekly payroll registers
    *   State unemployment tax Forms, UC-3s
    *   Federal payroll tax Forms 941s, 940s, and/or W-2s
    *   Other trades fringe benefit reports
    *   The monthly remittance reports for your Fund

3.  To determine that we were provided with the entire payroll we performed the following procedure:

    *   Agreed gross wages per the Employer's payroll records to its payroll tax returns on a test basis.

4.  In order to determine that all hours for covered work were properly reported to the Funds we performed the following procedures on a test basis for some or all of the employees:

    *   Determined classifications of employees and union affiliation.
    *   Compared hours worked by covered employees to the hours reported on the Employer's monthly remittance reports.
    *   Reported all hours, if applicable, as due for any employee whose occupation could not be determined.

5.  Reviewed findings with the Employer Representative at the conclusion of our procedures and discussed possible delinquencies.

## Scheck Industrial Corporation

### TOTAL SUMMARY OF AMOUNTS DUE

April 1, 2005     To     September 30, 2007

| | 2005 | 2006 | 2007 | TOTAL |
|---|---|---|---|---|
| PENSION | | | $ 38,201.63 | $ 38,201.63 |
| SUBTOTAL | | | $ 38,201.63 | $ 38,201.63 |
| INTEREST | | | $ 3,291.47 | $ 3,291.47 |
| | | | | |
| TOTAL DUE | | | $ 41,493.10 | $ 41,493.10 |

## Scheck Industrial Corp IEBC
### Unreported Regular Hours
### For period 1/1/2007 - 9/30/2007
#### Local:   1051

| | January | February | March | April | May | June | July | August | September | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BURDETTE JOSEPH A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 147.00 | 154.50 | 0.00 | 0.00 | 0.00 | 301.50 |
| BUTLER MICHAEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107.00 |
| CALLIHAN JAMES W | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 | 96.00 |
| CARLISLE ANDREW S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107.00 |
| CORLEY JOSEPH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 89.50 | 0.00 | 0.00 | 0.00 | 0.00 | 89.50 |
| EMERSON JR DRURY L | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 |
| FANNING ALAN D | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 64.00 | 0.00 | 0.00 | 0.00 | 0.00 | 64.00 |
| GRAMMER KYLE E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 147.00 | 159.90 | 0.00 | 0.00 | 0.00 | 306.90 |
| HONEGGER BRETT A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 147.00 | 0.00 | 0.00 | 0.00 | 0.00 | 147.00 |
| LYONS KALIN W | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 99.00 | 0.00 | 0.00 | 0.00 | 0.00 | 99.00 |
| MCKINNEY BILL G | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 |
| MILLS ROBERT A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.50 | 0.00 | 0.00 | 0.00 | 0.00 | 102.50 |
| MORETZ BENJAMIN W | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 77.40 | 0.00 | 0.00 | 0.00 | 0.00 | 77.40 |
| MORETZ JR ROBERT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 104.00 | 0.00 | 0.00 | 0.00 | 0.00 | 104.00 |
| MORRIS JERRY A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 131.00 | 120.00 | 0.00 | 0.00 | 0.00 | 251.00 |
| MUELLER JIMMY L | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 99.00 | 0.00 | 0.00 | 0.00 | 0.00 | 99.00 |
| Unreported Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1693.40 | 434.40 | 0.00 | 0.00 | 0.00 | 2127.80 |
| Amounts Due | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,329.74 | $2,649.84 | $0.00 | $0.00 | $0.00 | $12,979.58 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,329.74 | $2,649.84 | $0.00 | $0.00 | $0.00 | $12,979.58 |
| Rates | | | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 0.000 | 6.100 | 6.100 | 6.100 | 6.100 | 6.100 | 0.000 | | |

# Scheck Industrial Corp IEBC
## Unreported Regular Hours
### For period 1/1/2007 - 9/30/2007
#### Local:   1051

| | January | February | March | April | May | June | July | August | September | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POTTS ROBERT M | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 103.20 | 0.00 | 0.00 | 0.00 | 0.00 | 103.20 |
| SHORT JIMMY D | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136.90 | 39.50 | 0.00 | 0.00 | 0.00 | 176.40 |
| THOMPSON NICHOLAS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 129.90 | 0.00 | 0.00 | 0.00 | 0.00 | 129.90 |
| VANDEVEER II KENNETH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 138.00 | 0.00 | 0.00 | 0.00 | 0.00 | 138.00 |
| WOOD DANNY R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 | 154.50 | 0.00 | 0.00 | 0.00 | 306.50 |
| Unreported Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 658.00 | 194.00 | 0.00 | 0.00 | 0.00 | 852.00 |
| **Amounts Due** | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,013.80 | $1,183.40 | $0.00 | $0.00 | $0.00 | $5,197.20 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,013.80 | $1,183.40 | $0.00 | $0.00 | $0.00 | $5,197.20 |
| **Rates** | | | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 0.000 | 6.100 | 6.100 | 6.100 | 6.100 | 6.100 | 0.000 | 0.000 | |

## Scheck Industrial Corp IEBC
## Unreported Regular Hours
## For period 1/1/2007 - 9/30/2007

### Local:   1051

| | January | February | March | April | May | June | July | August | September | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unreported Regular Hours for Local: 1051 | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2351.40 | 628.40 | 0.00 | 0.00 | 0.00 | 0.00 | 2979.80 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,343.54 | $3,833.24 | $0.00 | $0.00 | $0.00 | $0.00 | $18,176.78 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,343.54 | $3,833.24 | $0.00 | $0.00 | $0.00 | $0.00 | $18,176.78 |
| Interest Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,290.92 | $287.48 | $0.00 | $0.00 | $0.00 | $0.00 | $1,576.40 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 0.000 | 6.100 | 6.100 | 6.100 | 6.100 | 6.100 | 0.000 | 0.000 | 0.000 | |

**Scheck Industrial Corp IEBC**
**Unreported Overtime Hours**
**For period 1/1/2007 - 9/30/2007**

**Local: 1051**

| | January | February | March | April | May | June | July | August | September | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BURDETTE JOSEPH A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 97.00 | 127.30 | 0.00 | 0.00 | 0.00 | 0.00 | 224.30 |
| BUTLER MICHAEL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 71.40 |
| CALLIHAN JAMES W | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.90 |
| CARLISLE ANDREW S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52.00 |
| CORLEY JOSEPH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 |
| Crum, Ronald Jr. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| EMERSON JR DRURY L | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 130.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 130.50 |
| FANNING ALAN D | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39.90 |
| GRAMMER KYLE E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 123.90 | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 288.90 |
| HONEGGER BRETT A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.00 |
| LYONS KALIN W | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 51.50 |
| MCKINNEY BILL G | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| Miller, Marshall D. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| MILLS ROBERT A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 62.00 |
| MORETZ BENJAMIN W | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42.50 |
| MORETZ JR ROBERT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68.00 |
| Unreported Overtime Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 927.60 | 262.30 | 0.00 | 0.00 | 0.00 | 0.00 | 1219.90 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,487.57 | $2,674.55 | $0.00 | $0.00 | $0.00 | $0.00 | $11,162.12 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,487.57 | $2,674.55 | $0.00 | $0.00 | $0.00 | $0.00 | $11,162.12 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 0.000 | 9.150 | 9.150 | 9.150 | 9.150 | 9.150 | 0.000 | 0.000 | 0.000 | |

# Scheck Industrial Corp IEBC
## Unreported Overtime Hours
### For period 1/1/2007 - 9/30/2007

### Local:  1051

| | January | February | March | April | May | June | July | August | September | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MORRIS JERRY A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.90 | 143.50 | 0.00 | 0.00 | 0.00 | 0.00 | 218.40 |
| MUELLER JIMMY L | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| POTTS ROBERT M | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 53.30 |
| SHERWIN RONALD L | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| SHORT JIMMY D | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.90 | 22.50 | 0.00 | 0.00 | 0.00 | 0.00 | 125.40 |
| SMITH DARRYL D | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| THOMPSON NICHOLAS R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.50 |
| VANDEVEER II KENNETH | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 92.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 117.00 |
| WOOD DANNY R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 119.50 | 168.50 | 0.00 | 0.00 | 0.00 | 0.00 | 288.00 |
| Unreported Overtime Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 611.10 | 357.50 | 0.00 | 0.00 | 0.00 | 0.00 | 968.50 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,591.59 | $3,271.14 | $0.00 | $0.00 | $0.00 | $0.00 | $8,862.73 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,591.59 | $3,271.14 | $0.00 | $0.00 | $0.00 | $0.00 | $8,862.73 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 0.000 | 9.150 | 9.150 | 9.150 | 9.150 | 9.150 | 0.000 | | | 0.000 |

**Unreported Overtime Hours**
**For period 1/1/2007 - 9/30/2007**

**Local: 1051**

| | January | February | March | April | May | June | July | August | September | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Unreported Overtime Hours for Local: 1051** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1538.70 | 649.80 | 0.00 | 2188.50 |
| **Amounts Due** | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,079.16 | $5,945.69 | $0.00 | $20,024.85 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,079.16 | $5,945.69 | $0.00 | $20,024.85 |
| Interest Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,267.14 | $445.93 | $0.00 | $1,713.07 |
| **Rates** | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 0.000 | 9.150 | 9.150 | 9.150 | 9.150 | 9.150 | 0.000 |