# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1161 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Carpenters Fringe Benefit Funds of Illinois, et al.  vs. Scheck Industrial Corp., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held; defendant Scheck Industrial Corporation failed to appear.  Plaintiffs' unopposed motion to reinstate [18] is granted.  This case is reinstated as against defendant Scheck Industrial Corporation.  Defendant Scheck Industrial Corporation is held in default.  Prove-Up is set for 9/17/2008 at 11:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|